## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ASHLEY NICOLE SCHNEIDER,** et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No. CIV-22-10-PRW |
| **CUSTOM TRUCK ONE SOURCE L.P.,** et al., | ) ) ) ) |
| Defendants. | ) |

ENTER ORDER:

A settlement conference was held this date in the above case. Plaintiff Ashley Nicole Schneider appeared in person and with lead trial counsel, Collen Clark and Jim Buxton. Defendants Custom Truck One Source, L.P. and Custom Truck and Equipment, LLC appeared through its representative, Adam Haubenreich, General Counsel, and with lead trial counsel, Matthew J. G. McDevitt, Gerald P. Green and Robert L. Betts. Also appearing with Defendants was Herb Lazar, Claims Adjuster for Axis Insurance, Jerry Mendez, Claims Adjuster for Navigators Insurance and Richard Hornbeck, Counsel for Arch Insurance Company.

The case settled and a 30 day administrative closing order will be entered.

ABOVE ORDER ENTERED BY DIRECTION OF UNITED STATES MAGISTRATE JUDGE GARY M. PURCELL.

        CARMELITA REEDER SHINN, Clerk

        By: /s/ Carrie James

Dated: October 6, 2022
Copies to parties of record

cc:  Marcia Davis
     Kathy Spaulding, courtroom deputy