IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ASHLEY NICOLE SCHNEIDER, individually, as representative if the estate of JUSTIN JAMES SCHNEIDER, and as next of friend of R.L.M.S., E.N.D.S., and C.J.R.S., minor children,<br><br>                    Plaintiff,<br><br>v.<br><br>CUSTOM TRUCK ONE SOURCE, L.P.; and CUSTOM TRUCK & EQUIPMENT, LLC, d/b/a CUSTOM TRUCK ONE SOURCE f/k/a UTILITY ONE SOURCE,<br><br>                    Defendants. | Case No. CIV-22-00010-PRW |

**ORDER**

Before the Court is Plaintiff's Motion to Dismiss (Dkt. 73), seeking to dismiss this action with prejudice under Rule 41(a)(2) of the Federal Rules of Civil Procedure because all issued raised by this litigation have been settled by compromise agreement. Upon review, and for good cause shown, the Court finds that the motion (Dkt. 73) should be **GRANTED**. Accordingly, the Court **DISMISSES** this action **WITH PREJUDICE**, each party to bear their own costs, including attorney's fees.

**IT IS SO ORDERED** this 1st day of December 2022.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE